[No. 72269-7-I.   Division One.   June 29, 2015.]

MARK HEINZIG ET AL., *Appellants*, v. SEOK HWANG ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, JJ. Now published at 189 Wn. App. 304.

[No. 45587-1-II.   Division Two.   June 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BRUCE McKAY-ERSKINE, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45726-1-II.   Division Two.   June 30, 2015.]

SCOTT K. LANGE ET AL., *as Trustees, Appellants*, v. DAVID A. CEBELAK ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa and Lee, JJ.

[No. 45773-3-II.   Division Two.   June 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. YEVGENIY A. SMIRNOV, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.